

**OFFICE OF THE CLERK**
www.miwd.uscourts.gov

399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503
(616) 456-2381

229 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226-2021

B-35 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 337-5706

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377-1559

E-filing Help Desk:
(616) 456-2206
(800) 290-2742
ecfhelp@miwd.uscourts.gov

August 8, 2006

Montcalm County Circuit Court
639 North State Street
Stanton, MI 48888

    RE:    Mitchell v. Mid Michigan Collection Bureau et al
            Our Case No. 1:06-cv-509  Hon. Richard Alan Enslen
            Your Case No. 03-H-2459-CZ

Dear Court Personnel:

The Western District of Michigan maintains civil case files electronically. Enclosed you will find your case file (03-H-2459-CZ), recently received by this Court. The necessary pleadings from the file have been scanned and entered into our electronic case file. Therefore, we are returning this file to you for safekeeping.

                        Sincerely,

                        Ronald C. Weston, Sr., Clerk

                          /s/ A. Redmond

                        By:  Deputy Clerk

Enclosure

cc:    File