UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**JOHN A. MITCHELL,**   File No. 1:06-cv-509

    **Plaintiff,**   Hon. Richard Alan Enslen

v

**MID-MICHIGAN COLLECTION BUREAU, ASSUMED NAME FOR MID-MICHIGAN CREDIT BUREAU, INC.; EQUIFAX CREDIT INFORMATION SYSTEMS, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, CBC CONSUMER RELATIONS,**

    **Defendants.**

---

| | |
|---|---|
| **Geoffrey L. Gillis (P13999)** | **Kevin H. Breck (P43319)** |
| **Co-counsel for Plaintiff** | **Clark Hill PLC** |
| **Wheeler Upham PC** | **Attorneys for Defendant Equifax** |
| 40 Pearl Street NW, Floor 2 | 500 Woodward Avenue, Suite 3500 |
| Grand Rapids, MI 49503 | Detroit, MI 48226-3435 |
| 616/459-7100 | 313/965-8300 |

**Randolph L. Bodwin (P34980)**
**Bodwin & Stover, P.C.**
**Attorney for Defendant**
**Mid-Michigan Collection Bureau**
2970 E. Lake Lansing Road
East Lansing, MI 48823
517/332-5323

---

**BRIEF IN SUPPORT OF DEFENDANT MID-MICHIGAN COLLECTION BUREAU'S MOTION TO COMPEL RESPONSES TO MID-MICHIGAN'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JOHN A. MITCHELL DATED JULY 5, 2007**

In support of Defendant Mid-Michigan Collection Bureau's Motion, Defendant relies upon FCRP 34 and 37.

                                        BODWIN & STOVER, P.C.
                                        Attorneys for Defendant Mid-Michigan Collection Bureau

Dated: October 16, 2007        By: _____
                                                          Randolph L. Bodwin (P34980)